# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

Clifford W. Taylor,
Chief Justice

129615

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FLAGSTAR BANK,
      Plaintiff-Appellant,

v

                                    SC: 129615
                                    COA: 253992
CHARTER ONE BANK,
                                    Oakland CC: 2002-041836-CK
      Defendant-Appellee,

and

DAN HUSSAN and LYNDA L. HUSSAN,
      Defendants,

and

LAND TITLE OF LIVINGSTON,
      Third-Party Defendant.

_____/

      On order of the Court, the application for leave to appeal the August 25, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
                             Clerk

s0221